# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WALTER CHARLES JONES, JR.,** **#227540,** | )<br>)<br>) |
| **Petitioner,** | )<br>) |
| v. | ) **CIVIL NO. 2:09-CV-1264-VEH**<br>) |
| **KENNETH JONES, Warden;**<br>**ATTORNEY GENERAL FOR THE**<br>**STATE OF ALABAMA,** | )<br>)<br>)<br>) |
| **Respondents.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a superseding findings and recommendation on October 15, 2009, recommending that the petition for writ of habeas corpus be **DISMISSED** as untimely. The parties were allowed fifteen days from the entry date of the recommendation in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED**. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 9th day of November, 2009.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge